■ NICOLINO DI FUSCO, Appellants, v CLOVER LEASING CORP. et al., Respondents.—Order, Supreme Court, Bronx County (Anita Florio, J.), entered on May 12, 1992, unanimously affirmed for

the reasons stated by Florio, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Rosenberger, Ellerin, Kupferman and Kassal, JJ.